# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISIDRO RODARTE-MONTES<br><br>Defendant. | No. 08-CR-00050-JLQ<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

Based upon the Motion For Order of Dismissal (C.R. 20) filed by the Government on this date, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Indictment be and the same is hereby DISMISSED WITH PREJUDICE.

The Clerk shall enter this Order and furnish copies to counsel and the United States Marshal.

Dated this 26th day of September, 2008.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1